# Social Security Administration

## Important Information

Date: November 22, 2023
BNC#: 23S2686G06482-A



0150486 00150486    1 AB  0.537  1117M1MJA12P T483 P11

JOHN K ONDERDONK
10347 LINGER LN
KELLER TX 76244-2387

We review Social Security benefits each year to make sure they keep up with the cost of living. Your Social Security benefits will increase by 3.2% in 2024 because of a rise in the cost of living.

The law requires some people to pay higher premiums for their Medicare Part B (Medical Insurance) and Part D (Prescription Drug Plan) because of their income. These increases in the premiums are called the Income-Related Monthly Adjustment Amounts (IRMAA). Based on your income, you are required to pay IRMAA. We use information from the Internal Revenue Service (IRS) to decide if you will need to pay IRMAA. The information in this letter is for one year only.

## How Much You Will Get

This letter explains your benefit amount, your Medicare premiums, your IRMAA, and what you can do if you disagree with our decision or your situation has changed. The information below shows your monthly benefit amount before and after deductions:

- Your new 2024 monthly benefit amount before deductions is: - $3,413.40

- Your 2024 monthly deduction for the Medicare Part B premium is: - $349.40

  — $174.70 for the standard Medicare premium, plus

  — $174.70 for the Medicare Part B IRMAA based on your 2022 income tax return

- Your 2024 deduction for Medicare Part D IRMAA based on your 2022 income tax return is: - $33.30

- Your benefit amount after deductions that will be deposited into your bank account or sent in your check on January 10, 2024 is: - $3,030.70

C    **See Next Page**



## If Your Income Has Gone Down

In some situations, we can make a new decision about your IRMAA. Contact us to request a new decision if your MAGI has gone down at least one range in the table above or has gone below the lowest amounts in the table since the 2022 tax year, AND the decrease in MAGI was caused by any of the following life-changing events:

- You married.
- You divorced or your marriage was annulled.
- You became a surviving spouse.
- You or your spouse stopped working or reduced work hours.
- You or your spouse lost income from income-producing property due to a disaster or other event beyond your control.
- You or your spouse experienced a scheduled cessation, termination, or reorganization of an employer's pension plan.
- You or your spouse received a settlement from an employer or former employer because of the employer's closure, bankruptcy, or reorganization.

We will use the new lower MAGI to see if we can make a new decision about your IRMAA. We cannot make a new decision if your income has changed for a reason other than those listed above, such as receiving one-time income from capital gains.

You will need to submit proof of the event listed above that caused your income to go down (such as a death certificate, a letter from your pension fund administrator, or a letter from your employer about your retirement). If you filed an amended or corrected tax return for the year you want changed, you will also need to submit a copy of the tax return with proof the IRS has received it.

If your MAGI goes down at any time during January through September, you will need to tell us before the end of that year so we can correct your IRMAA in that year. However, if the event that makes your MAGI go down does not occur until October 1 or later in that year, we can correct your IRMAA for that year if you tell us before the end of March of the following year.

## Other Information About IRMAA

If you currently do not have Medicare Part B or Part D and enroll in 2024, those premiums will also increase based on your income.

If you have Medicare Part D, your IRMAA for Part D coverage will be deducted from your Social Security benefits no matter how you normally pay your Part D plan premium. The law requires you to pay this amount in addition to your Part D plan premium. If the Part D IRMAA is more than the benefit payment, we will not be able to deduct it. If this happens, you will get a separate bill from the Centers for Medicare & Medicaid Services (CMS) and you must pay this amount to keep your Medicare coverage.

## If You Disagree With Our Decision

If you disagree with our decision about your IRMAA, you have the right to:

- Request a new decision if your income goes down due to any of the life-changing events listed above, or



If you get a representative, you or that person must notify us in writing. You may use our Form SSA-1696 "Appointment of Representative". Any local Social Security office can give you this form.

## Working And Getting Social Security At The Same Time

You can work and still get Social Security benefits. If you are at full retirement age or older you may keep all of your benefits no matter how much you earn. Please visit *www.ssa.gov/benefits/retirement* to determine your full retirement age using our Retirement Age Calculator.

If you are younger than full retirement age at any time in 2024, there is a limit to how much you can earn before we reduce your benefits. Continuing to work could result in withholding some of your benefits. However, we would adjust your benefit amount once you reach full retirement age to account for the months of withheld benefits. Also, we use your 35 highest years of earnings to calculate your benefits. If you continue to work and these earnings are higher than one of the years we used to compute your benefit, your benefit amount may increase. Tell us right away if you expect to earn more than the limit, so we can pay you correctly.

- The 2024 earnings limit for people under full retirement age all year is $22,320.00. We deduct $1 from your benefits in 2024 for each $2 you earn over $22,320.00.

- The 2024 earnings limit for people turning full retirement age is $59,520.00. We deduct $1 from your benefits in 2024 for each $3 you earn over $59,520.00 until the month you turn full retirement age.

## If You Receive A Pension From Employment Not Covered By Social Security

Please let us know right away if you start receiving a retirement or disability pension for work in which you did not pay Social Security taxes. If you receive spouse's, or surviving spouse's benefits, you must also report any changes to the pension you already receive.

## Information About Your Medicare Coverage

You can choose how you get your Medicare coverage   Original Medicare and Medicare Advantage. Visit *www.medicare.gov* for more information.



## *my Social Security* Online Services

Your personal *my Social Security* account gives you immediate access to important information and tools, putting you in control of your time. If you have an account, you can check your benefits, change your address or telephone number, start or change direct deposit, get a replacement Medicare card, and get a benefit verification letter. You can also choose to opt out of mailed notices for those available online. Please visit *www.ssa.gov/myaccount* to sign in or create your account.

